**Lorenzo GREGGE, Jr., Plaintiff–Appellant,**

v.

**CALIFORNIA DEPARTMENT OF CORRECTIONS; et al., Defendants–Appellees.**

No. 10–16239.

United States Court of Appeals, Ninth Circuit.

Submitted July 12, 2011.*

Filed July 22, 2011.

Lorenzo Gregge, Jr., Chino, CA, pro se.

Before: SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

MEMORANDUM **

California state prisoner Lorenzo Gregge, Jr., appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging deliberate indifference to his health and safety. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's dismissal under 28 U.S.C. § 1915A for failure to state a claim, *Resnick v. Hayes,* 213 F.3d 443, 447 (9th Cir.2000). We reverse and remand.

Gregge's complaint, liberally construed, did not seek to allege a respondeat superior theory of liability. Rather, Gregge alleged that defendants implemented a policy that resulted in the denial of his constitutional rights. *See Redman v. Cnty. of San Diego,* 942 F.2d 1435, 1446 (9th Cir.1991) (en banc) ("Supervisory liability exists even without overt personal participation in the offensive act if supervisory officials implement a policy so deficient that the policy itself is a repudiation of constitutional rights and is the moving force of the constitutional violation." (citations and internal quotation marks omitted)). Therefore, dismissal under 28 U.S.C. § 1915A was premature, and we reverse and remand for further proceedings.

Gregge shall bear his own costs on appeal.

**REVERSED and REMANDED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.